**BENBROOK LAW GROUP, PC**
Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

**STONE HILTON PLLC**
Judd E. Stone II *
Christopher D. Hilton *
Ari Cuenin *
Caroline A. Merideth *
Cody C. Coll*
600 Congress Ave.
Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
caroline@stonehilton.com
cody@stonehilton.com
* *Pro hac vice* motion pending

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COAST RUNNER, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KICKSTARTER, PBC; INDIEGOGO, INC.; LABEL CREATIVE, LLC; JOHN DOES #1 AND #2, <br><br> *Defendants*. | Case No.:  3:25-cv-06900-RS <br><br><br> **PLAINTIFF COAST RUNNER, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Coast Runner, Inc. hereby discloses that it has not parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 28, 2025.                    Respectfully submitted.

/s/ Bradley A. Benbrook
Bradley A. Benbrook
SBN 177786
Stephen M. Duvernay
SBN 250957
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

Judd E. Stone II *
Christopher D. Hilton *
Ari Cuenin *
Caroline A. Merideth *
Cody C. Coll*
**STONE HILTON PLLC**
600 Congress Ave.,
Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
caroline@stonehilton.com
cody@stonehilton.com

*Pro hac vice* motions pending

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was served on all counsel for record on August 28, 2025, via the Court's CM/ECF system.

/s/ Bradley A. Benbrook
Bradley A. Benbrook