IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **COAST RUNNR, INC.,**<br>*Plaintiff*, | § § § | |
| v. | § § | MO:25-CV-00396-DC-RCG |
| **KICKSTARTER, PBC; INDIEGOGO, INC.; LABEL CREATIVE, LLC; JOHN DOE #1; JOHN DOE #2,**<br>*Defendants*. | § § § § § | |

## ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDING

BEFORE THE COURT is Plaintiff Coast Runner, Inc.'s ("Plaintiff") Motion to Stay Pending Objections to Magistrate Judge's Transfer Ruling. (Doc. 94). This motion is before the undersigned through an Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

On August 14, 2025, following an Opposed Motion to Transfer, the Court transferred this action to the Northern District of California's San Francisco Division. (Doc. 58). On August 29, 2025, the Northern District of California ruled that transfer of this case out of this district was premature and transferred the case back to this district for consideration of Plaintiff's objections and appeal. (Doc. 91). Thus, Plaintiff requests that the effect of the August 14, 2025, Order be stayed pending its objections to the transfer ruling. (Doc. 94).

After due consideration, the Court **GRANTS** Plaintiff's Motion to Stay Pending Objections to Magistrate Judge's Transfer Ruling. *Id.* It is therefore **ORDERED** that the effect of the August 14, 2025, Order is stayed pending further review. Plaintiff is **ORDERED** to file any objections with the Court **14 days from the date of this Order**. FED. R. CIV. P. 59(A).

2

It is so **ORDERED**.

SIGNED this 10th day of September, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE