## UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COAST RUNNER, INC.**,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>**KICKSTARTER, PBC; INDIEGOGO, INC.; LABEL CREATIVE, LLC; JOHN DOES #1 AND #2**,<br>　　　　Defendants. | Case No. 7:25-cv-00396-DC-RCG |

### PLAINTIFF'S RESPONSE AND BRIEF IN OPPOSITION TO DEFENDANT INDIEGOGO, INC.'S MOTION TO COMPEL ARBITRATION

JUDD E. STONE II
CHRISTOPHER D. HILTON
ARI CUENIN
CAROLINE MERIDETH
CODY C. COLL
**STONE HILTON PLLC**
600 Congress Ave.
Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
caroline@stonehilton.com
cody@stonehilton.com

## PLAINTIFF'S OPPOSITION TO INDIEGOGO'S MOTION TO COMPEL ARBITRATION

In connection with the appeal and objections to the Magistrate Judge's order transferring this case to the Northern District of California, Plaintiff also respectfully re-urges its opposition to Defendant Indiegogo, Inc.'s attempt to compel arbitration. That matter was not ruled upon by the Magistrate Judge, who instead erroneously transferred this case to the Northern District of California, whereupon Indiegogo immediately moved that court to compel arbitration. Because the judge in the Northern District of California properly returned the case to this Court for resolution of Plaintiff's objections to the Magistrate Judge's transfer order, Indiegogo's new motion to compel arbitration (ECF 88) has now been docketed in this case as well.

Indiegogo's motion to compel arbitration that it initially filed in this District, however, still remains pending before this Court. On Thursday, August 14, 2025, United States Magistrate Judge Griffin granted in part and denied in part Defendant Indiegogo, Inc.'s Motion to Sever and Transfer Venue (ECF 16), denied Defendant Kickstarter, PBC and Defendant Label Creative, LLC's similar motions (ECF 19, 39), and transferred this action to the Northern District of California's San Francisco Division. ECF 58. Judge Griffin ruled on those motions pursuant to 28 U.S.C. 636(b)(1)(A), Fed. R. Civ. P. 72(a), and Appendix C to the Local Rules of the Western District of Texas.[1] Plaintiff objects to that ruling and will by right file its objections with this Court; the case should not have been transferred before expiration of the deadline to file objections under Rule 72(a). As relevant here, though, the Magistrate Judge expressly declined to rule on Indiegogo's motion to compel arbitration, reasoning that it was "wise to allow the transferee court to determine the applicability and implications of the arbitration clause, so the Court here does not make a determination on that issue." ECF 58 at 9 n.5. But because the case was improperly transferred to

---

[1] Cited hereinafter as "Appx. C Rule [number]."

1

the Northern District of California, the Magistrate Judge erred, as Plaintiff will explain in further detail in its objections to Judge Griffin's transfer order. And because the Northern District of California has transferred the case back to this District, the renewed motion to compel arbitration filed in that district is now moot in any event.

Moreover, Plaintiff has properly challenged the Magistrate Judge's basis for transferring consideration of the then-pending motion to compel arbitration to the Northern District of California. When a magistrate judge rules on a pretrial motion under section 636(b)(1)(A), a district judge must "reconsider" the ruling "where it has been shown that the Magistrate Judge's order is clearly erroneous or contrary to law." Thus, "[a] party may serve and file objections to the [magistrate judge's] order within 14 days after being served with a copy." FED. R. CIV. P. 72(a); Appx. C. Rule 4(a). Under these rules, the party against whom a ruling is made must be given the opportunity to object to and appeal from the Magistrate Judge's ruling and to obtain a decision from a United States District Judge of this Court. In this case, however, the Clerk of Court mistakenly and prematurely transferred this case to the Northern District of California immediately upon entry of Judge Griffin's order. *See* Docket Text Entry of August 14, 2025; *Coast Runner, Inc. v. Kickstarter PBC*, No. 3:25-cv-06900-JCS (N.D. Ca.) (case opened August 14, 2025). And the Northern District of California has properly returned the case to the Western District of Texas. Plaintiff will thus seek review of Judge Griffin's transfer order by timely filing these objections and written statement of appeal pursuant to Rule 72 and Appendix C Rule 4.

Plaintiff respectfully asks the Court to set aside the order of the Magistrate Judge transferring this action to the Northern District of California for the reasons stated in Plaintiff's Objections to Judge Griffin's transfer order and accordingly deny Indiegogo's motion to compel

arbitration for substantially the same reasons articulated in Plaintiff's Response and Brief in Opposition to Defendant Indiegogo, Inc.'s Motion to Transfer or Compel Arbitration. ECF 28.

## PRAYER

Indiegogo's Motion to Compel Arbitration should be denied.

September 12, 2025                     Respectfully submitted.

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Caroline Merideth
Texas Bar No. 24091501
Cody C. Coll
Texas Bar No. 24116214
**STONE HILTON PLLC**
600 Congress Ave.
Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
caroline@stonehilton.com
cody@stonehilton.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on all counsel of record on September 12, 2025, via the Court's CM/ECF system.

*/s/ Christopher D. Hilton*
Christopher D. Hilton