# EXHIBIT A

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COAST RUNNER, INC.**, <br> Plaintiff, <br><br> vs. <br><br> **KICKSTARTER, PBC; INDIEGOGO, INC.; LABEL CREATIVE, LLC; JOHN DOES #1 AND #2**, <br> Defendants. | Case No. 7:25-cv-00396-DC-RCG |

### DECLARATION OF PABLO DIAZ

1. My name is Pablo Diaz, and I am Design Lead at Coast Runner, Inc., a position I have held since June 2023. I am competent to testify to the matters stated herein and make this declaration based upon my personal knowledge and/or based upon my review of Coast Runner, Inc.'s business records.

2. I am familiar with the corporate structure and business operations of Coast Runner, Inc.

3. I am also familiar with the CR-1, a general-purpose desktop computer number controlled (CNC) milling machine developed by Coast Runner, Inc.

4. Coast Runner, Inc. is based in Austin, Texas. I worked on Coast Runner between Round Rock, Texas, and Midland, Texas, where Coast Runner maintains a presence through my employment.

5. I became involved with Coast Runner, Inc., through its founder, Cody Wilson, as a graphic designer for another of Wilson's ventures, Defense Distributed.

6. Through Wilson, I was initially tasked with design and branding for the CR-1. Because Coast Runner's CR-1 CNC machine was different from Defense Distributed's Second Amendment-focused products, the design and branding reflected a total separation between the two. The design, logos, and branding of the CR-1 reflected its positioning as a more refined and accessible product for consumers requiring on-demand industrial milling machine capabilities.

7. I was personally involved in the design, planning, and execution of the crowdfunding campaigns that Coast Runner, Inc. attempted to launch via Kickstarter, PBC, and Indiegogo, Inc., with consulting assistance from Label Creative, LLC's "LaunchBoom."

8. For approximately three months, I studied and optimized design and product positioning to see what performed well for Kickstarter. I created branding for the CR-1 specifically for the Kickstarter campaign. I performed work on this effort in Midland, Texas, with approval from Cody Wilson and in conjunction with other Coast Runner personnel.

9. After Kickstarter terminated its CR-1 campaign, I changed the pictures, branding, and marketing for proposed crowdfunding to accommodate the attempt to launch a replacement campaign on Indiegogo. The work was intensive because the two platforms are different, but the result had to look clean and professional despite the tight timeline. I performed work on this effort in Midland, Texas, with approval from Cody Wilson and in conjunction with other Coast Runner personnel.

10. After Indiegogo terminated its CR-1 campaign, I was tasked with updating the design for the CR-1 marketing efforts again. This time, I had to distance the design and branding from the crowdfunding campaigns in order to avoid consumer misperceptions and lack of confidence from the crowdfunding platform campaigns that Kickstarter and Indiegogo terminated.

I performed work on this effort in Midland, Texas, with approval from Cody Wilson and in conjunction with other Coast Runner personnel.

11. The CR-1 was marketed to consumers of industrial milling machines based on the ability to machine titanium and steel. Unlike Defense Distributed's Second Amendment-focused offerings, Coast Runner's CR-1 offers a wide range of use cases, including custom motorcycle parts, classic-car restoration and modification, aerospace, and the oil & gas industry.

12. As a resident of Midland, Texas, and as someone with over a decade of design experience, I am also familiar with the demand for custom precision-milled parts in the oil & gas industry in the Permian Basin in and around the Midland/Odessa region. Oil & gas drilling operations often require custom-fabricated parts to repair and maintain aging equipment, for which off-the-shelf parts are not a viable option. Items like replacement or upgraded junction boxes, mud motors, wireline parts, and custom clips for hotshotting trucks are important to reduce downtime.

13. The CR-1 has significant benefit for these oil & gas operations in and around Midland, particularly for small or independent operations, who often face long backlogs for commercial machining operations and are frequently de-prioritized to accommodate the needs of larger accounts. As an on-demand solution for industrial milling machine needs, the CR-1 improves competition for the oil & gas industry that is vital for the Midland/Odessa region.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2025, in Austin, in the County of Travis, Texas.

Signed by:
*Pablo Diaz*
FFE4824307624EF...
Pablo Diaz