# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

**COAST RUNNER, INC.,**
*Plaintiff,*

v.

**KICKSTARTER, PBC, INDIEGOGO, INC., LABEL CREATIVE, LLC, D/B/A LAUNCHBOOM; JOHN DOE #1, and JOHN DOE #2,**
*Defendants.*

MO:25-CV-00396-DC

## ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Plaintiff's objections to the Magistrate's recent transfer of this case. The objections ask this Court to overrule the transfer order and keep the case in this district. In response, Defendants filed a joint response only several pages in length. As Plaintiff notes in its reply, that response is largely devoid of detailed reasoning and case law. Because the Court needs that reasoning and case law, it takes Defendants' up on their offer to provide "full briefing on the Objections . . . if the Court so [o]rders." Doc. 99 at 3.

The Court **ORDERS** Defendants to file full briefing.

It is so **ORDERED**.

SIGNED this 3rd day of November, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE