# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COAST RUNNER, INC.**, <br>    Plaintiff, <br><br> vs. <br><br> **KICKSTARTER, PBC; INDIEGOGO, INC.; LABEL CREATIVE, LLC; JOHN DOES #1 AND #2**, <br>    Defendants. | Case No. 7:25-CV-00396 |

## PLAINTIFF'S MOTION TO SET REPLY DEADLINE

JUDD E. STONE II
CHRISTOPHER D. HILTON
ARI CUENIN
CAROLINE MERIDETH
CODY C. COLL
**STONE HILTON PLLC**
600 Congress Ave.
Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
caroline@stonehilton.com
cody@stonehilton.com

On Thursday, August 14, 2025, United States Magistrate Judge Griffin granted in part and denied in part Defendant Indiegogo, Inc.'s Motion to Sever and Transfer Venue (ECF 16), denied similar motions by Defendants Kickstarter, PBC and Label Creative, LLC d/b/a LaunchBoom (ECF 19, 39), and ordered this action transferred to the Northern District of California's San Francisco Division. ECF 58. Judge Griffin ruled on those motions pursuant to 28 U.S.C. § 636(b)(1)(A), FED. R. CIV. P. 72(a), and Appendix C to the Local Rules of the Western District of Texas. After the case was prematurely sent to California and then back again, Plaintiff timely filed objections to the Magistrate Judge's order. *See* 28 U.S.C. § 636(b)(1)(A); FED. R. CIV. P. 72(a); Appx. C. Rule 4(a). Defendants filed a "response" that was lacking any analysis or citation to authority. ECF 99. And Plaintiff filed a reply in support of its objections, pointing out the weakness of Defendants' position and responding to their conclusory arguments. ECF 100.

Thereafter, the Court ordered Defendants to file "full briefing." ECF 101. Yesterday—14 days after the Court's order—Defendants Indiegogo and LaunchBoom have now filed their full responses to Plaintiff's objections. ECF 102 (Indiegogo), 103 (LaunchBoom); *see* Fed. R. Civ. P. 72(b)(2) (providing 14 days to respond to objections).

As the party objecting to and appealing the Magistrate Judge's ruling, Plaintiff is the party seeking relief from the court and, as such, intends to file a reply in support of its objections to respond to the arguments contained in Defendant's "full briefing." The parties were unable to come to an agreement regarding Plaintiff's reply date. Therefore, Plaintiff requests that the Court enter an order setting a reply date of December 1, 2025—14 days after Defendants' full briefs were filed. In any event, Plaintiff will file its reply on that date unless the Court orders otherwise.

|  |  |
|---|---|
| November 18, 2025 | Respectfully submitted.<br><br>*/s/ Christopher D. Hilton*<br>Judd E. Stone II<br>Texas Bar No. 24076720<br>Christopher D. Hilton<br>Texas Bar No. 24087727<br>Ari Cuenin<br>Texas Bar No. 24078385<br>Caroline Merideth<br>Texas Bar No. 24091501<br>Cody C. Coll<br>Texas Bar No. 24116214<br>**STONE HILTON PLLC**<br>600 Congress Ave.<br>Suite 2350<br>Austin, TX 78701<br>Telephone: (737) 465-3897<br>judd@stonehilton.com<br>chris@stonehilton.com<br>ari@stonehilton.com<br>caroline@stonehilton.com<br>cody@stonehilton.com |

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 18, 2025, Mr. Cody Coll, counsel for Plaintiff, conferenced by email with counsel for Defendants. Kickstarter stated its objection to the relief requested herein. The other Defendants did not respond on short notice. Plaintiff therefore presumes that they are opposed to the relief requested herein.

*/s/ Christopher D. Hilton*
Christopher D. Hilton

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on all counsel of record on November 18, 2025, via the Court's CM/ECF system.

*/s/ Christopher D. Hilton*
Christopher D. Hilton