**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **COAST RUNNER, INC.,** ***Plaintiff,*** | § | |
| | § | |
| | § | **MO:25-CV-00396-DC** |
| **v.** | § | **MO:24-CV-00326-DC** |
| | § | |
| **KICKSTARTER, PBC, et al.,** ***Defendants.*** | § | |

**ORDER FOR STATUS REPORT**

On this day, the Court considered the status of this case. On February 22, 2026, this Court granted Defendant Indiegogo, Inc.'s request to compel arbitration and stayed the entire case pending its resolution. (Doc. 107). In the interest of receiving an update on when the Court can expect this case to be reopened, the Court **ORDERS** that the Parties file a status report updating the Court on the status of the arbitration **by November 15, 2026**.

It is so **ORDERED**.

SIGNED this 10th day of October, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE