**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COAST RUNNER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KICKSTARTER, PBC; INDIEGOGO, INC.; LABEL CREATIVE, LLC; JOHN DOES #1 AND #2,<br><br>Defendants. | Civil Action No. 7:25-cv-00396-DC-RCG<br><br>District Judge David Counts<br>Magistrate Judge Ronald C. Griffin |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

TO THE HONORABLE JUDGE OF SAID COURT

Pursuant to Rule AT-3 of the Local Court Rules of the United States District Court for the Western District of Texas, Ethan Joel Levinton hereby moves to withdraw as counsel of record for Defendant Kickstarter, PBC ("Kickstarter") in this matter since he will no longer be associated with Kirkland & Ellis LLP. Kirkland & Ellis LLP will continue to represent Kickstarter. All correspondence and papers in this action should continue to be directed to Jeremy A. Fielding and Olivia Adendorff, Kirkland Ellis LLP, 4550 Travis Street, Dallas, Texas 75205, and Allison W. Buchner, Kirkland Ellis LLP, 2049 Century Park East, Suite 3700, Los Angeles, California 90067.

In connection with the withdrawal, the clerk is requested to remove the withdrawing attorney from the Court's CM/ECF service list for this matter.

DATED: October 21, 2026

Respectfully submitted,

*/s/ Ethan Joel Levinton*
Jeremy A. Fielding, P.C.
Texas Bar No. 24040895
jeremy.fielding@kirkland.com
Olivia Adendorff, P.C.
Texas Bar No. 24069994
Olivia.adendorff@kirkland.com
Ethan Joel Levinton (*pro hac vice*)
Texas Bar No. 24127309
ethan.levinton@kirkland.com
**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1784
Facsimile: (214) 972-1771

Allison W. Buchner (*pro hac vice*)
allison.buchner@kirkland.com
**KIRKLAND & ELLIS LLP**
2049 Century Park East
Suite 3700
Los Angeles, California 90067
Telephone: (310) 552-4302

*Counsel for Kickstarter, PBC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2026, I electronically filed the foregoing document and any attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ Ethan Joel Levinton*
Ethan Joel Levinton

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferenced with and confirmed via email that counsel for Coast Runner, Inc. on October 21, 2026. Counsel for Coast Runner stated they do **not oppose** the relief requested herein.

*/s/ Ethan Joel Levinton*
Ethan Joel Levinton