**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COAST RUNNER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KICKSTARTER, PBC; INDIEGOGO, INC.; LABEL CREATIVE, LLC; JOHN DOES #1 AND #2,<br><br>Defendants. | Civil Action No. 7:25-cv-00396-DC-RCG<br><br>District Judge David Counts<br>Magistrate Judge Ronald C. Griffin |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

This Court, having considered the Unopposed Motion to Withdraw as Counsel of Record hereby ORDERS that the Motion is GRANTED and that the Clerk shall terminate Ethan Joel Levinton as counsel for Defendant Kickstarter, PBC ("Kickstarter").

SIGNED this ____ day of ___________, 2026.

______________________________
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE